United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| MULTI-FLEX CIRCUITS PTY LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHT & MOTION INDUSTRIES, INC.,<br><br>Defendant. | Case No.  25-cv-00303-BLF   (VKD)<br><br>**ORDER RE MARCH 5, 2026 DISCOVERY DISPUTE RE DEFENDANT'S DOCUMENT PRODUCTION**<br><br>Re: Dkt. Nos. 68, 70 |

Plaintiffs Multi-Flex Circuits Pty Ltd ("Multi-Flex") and Elecsys Manufacturing Corporation ("Elecsys") filed a unilateral discovery dispute letter concerning discovery directed to defendant Light & Motion Industries, Inc. ("LMI").  Dkt. No. 68.  At the Court's direction, LMI filed a response to the letter.  Dkt. No. 70.  The Court finds this dispute suitable for resolution without oral argument.  Civil L.R. 7-1(b).

In this action, plaintiffs assert two claims for "common counts" against LMI.  Dkt. No. 54. Plaintiffs allege that "LMI has become indebted to Multi-Flex in the amount of $681,393 for goods sold and delivered to LMI at LMI's request," and that "[a]s a result, LMI owes Multi-Flex the sum of $681,393, plus interest."  *Id.* ¶¶ 16, 18.  Plaintiffs further allege that "LMI has become indebted to Elecsys in [an] amount . . . believed to be $583,229 for goods and materials that Elecsys has purchased, at LMI's specific request and that LMI conveyed to Elecsys."  *Id.* ¶ 20.

Plaintiffs contend that LMI has not conducted a diligent search for emails responsive to plaintiffs' Requests for Production of Documents ("RFPs") 19-24, 30, and 35-38 from three custodians—Darren Mah, Sabrina Duenas, and DD DuBose.  Dkt. No. 68 at 1-2.  Plaintiffs argue that emails responsive to their RFPs are "crucial" discovery because the parties "placed and

amended purchase orders via email." *Id.* at 68.  LMI responds that the three custodians plaintiffs identify are former employees who left the company in 2024 and "[t]heir Google accounts were shut off, as the company could not afford to archive indefinitely."  Dkt. No. 70 at 1.  LMI does not say when the accounts were "shut off" or whether it took any steps to preserve relevant emails from former employees' email accounts once it had had an obligation to do so.[1]  However, LMI takes the position that it no longer has access to those accounts.  *See id.* at 2 ("LMI cannot produce what it does not have.").

The Court has reviewed the document requests at issue.  RFPs 19-24, 30, and 35-36 all seek communications exchanged between LMI and one or both plaintiffs.  *See* Dkt. No. 68 at 43-49, 54, 58-59.  Presumably, *plaintiffs* also have their own communications with LMI.  They offer no justification for demanding that LMI produce the same communications.  Given plaintiffs' access to the same communications, RFPs 19-24, 30, and 35-36 seek discovery that is not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).

On the other hand, RFPs 37 and 38 ask LMI to produce "all internal communications" regarding the payment, non-payment, or dispute of invoices from Multi-Flex or Elecsys.  *See* Dkt. No. 68 at 60-61.  LMI does not object to producing email communications responsive to these requests, but, as noted above, it seems to say it no longer has any such communications.  If, the three custodians' email accounts are in LMI's possession, custody, or control, LMI must search those accounts for emails responsive to RFPs 37 and 38, and must produce any responsive documents by **March 31, 2026**.  If LMI no longer has possession, custody or control of these email accounts, it must so advise plaintiffs' counsel, in writing by that date, and explicitly state when it lost access to those accounts.

//

//

//

---

[1] A party's duty to preserve evidence which it knows or reasonably should know is relevant to litigation arises as soon as "a potential claim is identified" or litigation is "reasonably foreseeable." *Apple Inc. v Samsung Elecs. Co.*, 888 F Supp 2d 976, 991 (N.D. Cal. 2012).

**IT IS SO ORDERED.**

Dated: March 12, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California